**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRIBUNE PUBLISHING COMPANY, LLC and THE BALTIMORE SUN COMPANY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 22-cv-7327 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| ACE AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), upon reaching a settlement, the parties stipulate to the dismissal of Plaintiffs Tribune Publishing Company, LLC and The Baltimore Sun Company, LLC's First Amended Complaint (ECF No. 24), and Defendant ACE American Insurance Company's Counterclaim (ECF No. 25), in their entirety and with prejudice, with each party to bear its own costs and fees.

Dated: June 11, 2024                              Respectfully submitted,

_s/ John D. Shugrue_                              _s/ Richard A. Hodyl_
John D. Shugrue                                   Joseph A. Hinkhouse
John S. Vishneski                                 Richard A. Hodyl
John Andrew Moss                                  Hinkhouse, Williams & Walsh, LLP
Andrew M. Barrios                                 180 N. Stetson Ave., Suite 3400
Reed Smith LLP                                    Chicago, IL 60601
10 S. Wacker Dr., Suite 4000                      (312) 784-5443
Chicago, IL 60606                                 (312) 784-5454
(312) 207-1000                                    jhinkhouse@hww-law.com
jshugrue@reedsmith.com                            rhodyl@hww-law.com
jvishneski@reedsmith.com
amoss@reedsmith.com                               _Counsel for ACE American Insurance_
abarrios@reedsmith.com                            _Company_

_Counsel for Plaintiffs Tribune Publishing_
_Company, LLC and The Baltimore Sun_
_Company, LLC_

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024 a true and correct copy of the foregoing was filed

with the Clerk of Court using the CM/ECF system, which sends notice to the following:

Joseph A. Hinkhouse
Richard A. Hodyl
Hinkhouse, Williams & Walsh, LLP
180 N. Stetson Ave., Suite 3400
Chicago, IL 60601
(312) 784-5443
(312) 784-5454
jhinkhouse@hww-law.com
rhodyl@hww-law.com

*Counsel for ACE American Insurance Company*

*/s/ John D. Shugrue*